COA # 08-13-00132-CR          OFFENSE: 49.04

STYLE: Valerie Renee Crane v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: Affirm          TRIAL COURT: County Crim Ct No 9

DATE: 10/15/2014          Publish: No          TC CASE #: 1257243

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Valerie Renee Crane v. The State of Texas          CCA #:

_APPELLANT'S_ Petition          CCA Disposition: 1532-14

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:

_REFUSED_          JUDGE:

DATE: 02/25/2015          SIGNED: _____ PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____ DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____